1048

*In the Matter of the Estate of* JACK J. DELGUZZI.

GARY DELGUZZI, ET AL., *Appellants*, v. WILLIAM E. WILBERT, *Individually and as Administrator,* ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Clallam County, No. 8087, William Howard, J. Pro Tem., entered March 7, 1997. *Reversed* by unpublished opinion per Houghton, C.J., concurred in by Morgan and Seinfeld, JJ.

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH DONALD, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 96-1-03101-3, Vicki L. Hogan, J., entered April 9, 1997. *Affirmed* by unpublished opinion per Houghton, C.J., concurred in by Seinfeld and Hunt, JJ.

BROCK JACKLEY, *Appellant,* v. OLYMPIC COLLEGE, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03651-3, Leonard W. Kruse, J., entered April 22, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld and Hunt, JJ.

MICHAEL PHIMISTER, ET AL., *Appellants*, v. WINDERMERE REALTY, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Jefferson County, No. 95-2-00439-2, Richard Shaneyfelt, J. Pro Tem., entered May 2, 1997. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton, C.J., and Hunt, J.